STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

ABRAMS & TANKO, LLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for WELLS FARGO BANK, N. A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FFB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FFB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA - RENO DIVISION

| In re | Case No. BK-N-09-51899-GWZ |
|---|---|
| RAY M. BACHMAN AND SHANNON L. BACHMAN | Chapter 13 |
| Debtor(s). | STIPULATED ORDER REGARDING TREATMENT OF CREDITOR'S CLAIM PURSUANT TO CHAPTER 13 PLAN |

**STIPULATED ORDER REGARDING TREATMENT OF CREDITOR'S CLAIM PURSUANT TO CHAPTER 13 PLAN**

This Stipulated Order is entered into by and between Debtors, RAY M. BACHMAN AND SHANNON L. BACHMAN (hereinafter referred to as "Debtors"), by and through their attorney of record, U. MEHI AHOLELEI-AONGA; and WELLS FARGO BANK, N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FFB. (hereinafter referred to as "Creditor"), by and through its attorney of record, Pite Duncan, LLP.

RECITALS

A.   On or about August 23, 2006, Debtors, for valuable consideration, made, executed, and delivered a Promissory Note ("Note") in the amount of $41,000.00, which is secured by a

Second Deed of Trust encumbering the real property at 1027 Rosehips Way, Fernley, NV 89408 (the "Subject Property"). The Note and Second Deed of Trust are collectively referred to hereinafter as the "Subject Loan."

B. On or about June 16, 2009, Debtor/Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada, Las Vegas Division, and were assigned Case No. BK-N-09-51899-GWZ.

C. On or about July 13, 2009, Debtors filed a Motion to Value Collateral, "Strip Off", and Modify Rights of Creditor praying that the Court find the Second Deed of Trust encumbering the Subject Property be avoided and that Creditor's claim be paid as unsecured.

**THE PARTIES HEREBY STIPULATE AND AGREE TO AN ORDER AS FOLLOWS:**

1. Creditor's claim shall be allowed as a non-priority general unsecured claim in the amount of $41,740.47. Creditor shall file an amended Proof of Claim listing its claim as unsecured to be paid in accordance with the Debtors' Plan;

2. The avoidance of the Second Deed of Trust is contingent upon the Debtors' completion of their Chapter 13 Plan and the Debtors' receipt of a Chapter 13 discharge;

3. Upon receipt of the Debtors' Chapter 13 discharge and completion of their Chapter 13 Plan, this Order may be recorded by the Debtors with the Lyon County Recorder's Office;

4. Creditor shall retain its claim for the full amount due under the Subject Loan in the event of either the dismissal of the Debtors' Chapter 13 case or the conversion of the Debtors' Chapter 13 case to any other Chapter under the United States Bankruptcy Code;

5. In the event that the holder of the first lien on the Subject Property forecloses on its security interest and extinguishes the Second Deed of Trust prior to the debtors' completion their Chapter 13 Plan and receipt of a Chapter 13 discharge, the second lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at the time of the sale; and

/./././
/././
/././

6.  Each party shall bear their own attorneys' fees and costs incurred in the present bankruptcy case number BK-N-09-51899-GWZ.

IT IS SO STIPULATED

                              PITE DUNCAN, LLP

Dated: 10/23/09                    By: /s/ Jacque A. Gruber
                                        JACQUE A. GRUBER
                                        PITE DUNCAN, LLP
                                        Attorney for WELLS FARGO BANK, N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FFB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FFB

Dated: 8/13/09                     By: U. Mehi Aholelei-Aonga
                                        U. MEHI AHOLELEI-AONGA
                                        Attorney for Debtor(s)

Dated: 10/22/09                   By: /s/ William Van Meter
                                        WILLIAM A. VAN METER
                                        Chapter 13 Trustee