**Entered on Docket**
**October 26, 2009**

_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

1
2
3
4
5
6

7
8  PITE DUNCAN, LLP
   STEVEN W. PITE (NV Bar #008226)
9  JACQUE A. GRUBER (NV Bar #11385)
   4375 Jutland Drive, Suite 200
10 P.O. Box 17933
   San Diego, CA 92177-0933
11 Telephone: (702) 413-9692
   Facsimile: (619) 590-1385
12 E-mail: ecfnvb@piteduncan.com

13 ABRAMS & TANKO, LLLP
   MICHELLE L. ABRAMS (NV Bar #005565)
14 3085 S. Jones Blvd., Suite C
   Las Vegas, NV 89146
15
   Attorneys for WELLS FARGO BANK, N. A. AS TRUSTEE FOR FIRST FRANKLIN
16 MORTGAGE LOAN TRUST 2006-FFB, MORTGAGE PASS-THROUGH CERTIFICATES,
   SERIES 2006-FFB

17

18

19                        UNITED STATES COURT

20                         DISTRICT OF NEVADA

21 In re                              | Bankruptcy Case No. BK-N-09-51899-gwz
                                      | Chapter 13
22 RAY M. BACHMAN  AND SHANNON L.     |
   BACHMAN ,                          | ORDER ON STIPULATED ORDER
23                                    | REGARDING TREATMENT OF
             Debtor(s).               | CREDITOR'S CLAIM PURSUANT TO
24                                    | CHAPTER 13 PLAN

25

26 /././

27 /././

28 /././

The parties having agreed to the terms set forth in the Stipulated Order Regarding Treatment of Creditor's Claim Pursuant to Chapter 13 Plan are bound by the terms of their stipulation, which shall be the Order of this court.

APPROVED/DISAPPROVED                         APPROVED/DISAPPROVED

/s/ U Mehi Aholelei- Aonga_____        _____
U. MEHI AHOLELEI-AONGA                       WILLIAM A. VAN METER
DEBTOR(S) ATTORNEY                           TRUSTEE

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certified as follows (check one):

The court has waived the requirement of approval under LR 9021.

No parties appeared or filed written objections, and there is no trustee appointed in the case.

x        I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

x        Approved. - Debtor(s)/Debtor(s)' Attorney

Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

x        Failed to respond. - Trustee

###

By: _/s/ Jacque A. Gruber_____
     4375 Jutland Drive, Suite 200
     P.O. Box 17933
     San Diego, CA 92177-0933
     (702) 413-9692
     NV Bar #11385
     Attorney for WELLS FARGO BANK, N. A. AS TRUSTEE FOR FIRST FRANKLIN
MORTGAGE LOAN TRUST 2006-FFB, MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2006-FFB